UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA03-511S** **June 2, 2005**

**TITLE: TRAVELERS OF ILL, ET AL V. STR GINNELL, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:3[illegible] A.M. - [illegible] a.m.**

---

**COUNSEL PRESENT: Plaintiff - Marco P. U[illegible], Esquire**
**Steven Stei[illegible], Esquire**

**Defendant - John E. Kelleher, Esquire**
**Glen R. Whitehead, Esquire**

**<u>RE: Travelers Indemnity Company's Objection to R&R dated March 4, 2005/Shilo's objection to R&R dated April 7, 2005</u>**

**<u>Proceedings:</u> All counsel of record present; Arguments heard; Court will take the matter under advisement and write an opinion within a few weeks.**