UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership
One Tower Square
Hartford, Connecticut 06183

and

JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,
2250 McGilchrist Street, S.E.
Suite 200
Salem, Oregon, 97302
*Plaintiffs*

vs. C.A. No.: 03-511 S

STR GRINNEL GP HOLDING, INC.,
t/a Simplex Grinnel, LP
100 Simplex Drive
Westminster, Massachusetts 01441

and

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Johnston Retirement Residence Limited Partnership, to respond to the request for production of documents first served upon it on or about May 17, 2005.

The plaintiff's responses were due on or about June 17, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said request for production of documents or any other remedy provided in Fed. R. Civ. Proc. 37(d).

## GOOD FAITH CERTIFICATION

I certify that I have, in good faith, conferred with opposing counsel in an effort to secure the material requested in the attached motion to compel response to request for production of documents without court action. See Exhibits A & B attached hereto. None of the attorneys for the plaintiff have responded to either letter.

Glen R. Whitehead, Esq., #6163

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: July 12, 2005

**CERTIFICATION**

I hereby certify that on this 13 day of July, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

John T. Walsh, Jr., Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Robert M. Caplan, Esq.
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Karen Prendergast



593565v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
Direct Dial: 401-621-4650
mnugent@morrisonmahoney.com

Glen R. Whitehead

121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

NEW JERSEY
PARSIPPANY

ENGLAND
LONDON

June 20, 2005

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, RI 02903

Robert M. Caplan, Esq.
1900 Market Street 3rd Floor
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Miles Jellinek, Esq.
The Atrium, 5th Fl.
1900 Market St.
Philadelphia, PA 19103

| | | |
|---|---|---|
| Re: Case Name: | Travelers Indemnity Co. of Illinois v. Shilo Automatic Sprinkler, Inc., et al |
| USDC-RI C.A. No.: | 03-511 S |
| Our File No.: | 10 011 951 |

Dear Counselors:

As you know, on May 11, 2005, we propounded interrogatories to Johnston Retirement Residence Limited Partnership (Johnston). Additionally, on May 17, 2005, we propounded a request for production of documents to Johnston. Under the applicable court rules, the time for responding to those discovery requests has now elapsed, and we have not yet received your client's responses. Please contact us upon receipt of this correspondence and advise as to when we can expect to receive your client Johnston's discovery responses.

We look forward to hearing from you soon and thank you for your attention to and anticipated cooperation in this matter.

Very truly yours,

Mark T. Nugent
Glen R. Whitehead

MTN/GRW/kp

592104v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
Direct Dial: 401-621-4650
mnugent@morrisonmahoney.com

Glen R. Whitehead

121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

NEW JERSEY
PARSIPPANY

ENGLAND
LONDON

July 5, 2005

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, RI 02903

Robert M. Caplan, Esq.
1900 Market Street 3rd Floor
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Miles Jellinek, Esq.
The Atrium, 5th Fl.
1900 Market St.
Philadelphia, PA 19103

| | | |
|---|---|---|
| Re: | Case Name: | Travelers Indemnity Co. of Illinois v. Shilo Automatic Sprinkler, Inc., et al |
| | USDC-RI C.A. No.: | 03-511 S |
| | Our File No.: | 10 011 951 |

Dear Counselors:

As you know, on May 11, 2005, we propounded interrogatories to Johnston Retirement Residence Limited Partnership (Johnston). Additionally, on May 17, 2005, we propounded a request for production of documents to Johnston. Under the applicable court rules, the time for responding to those discovery requests has now elapsed, and we have not yet received your client's responses. We wrote to you on June 20, 2005 regarding this matter and have not heard back from you. Please contact attorney Glen Whitehead of this office at (401) 331-4660 ext. 678, and advise as to when we can expect to receive your client Johnston's discovery responses.

We look forward to hearing from you soon and thank you for your attention to and anticipated cooperation in this matter.

Very truly yours,

Mark T. Nugent
Glen R. Whitehead

MTN/GRW/kp

592981v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership<br>One Tower Square<br>Hartford, Connecticut 06183<br><br>and<br><br>JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,<br>2250 McGilchrist Street, S.E.<br>Suite 200<br>Salem, Oregon, 97302<br>*Plaintiffs* | : | |
| vs. | : | C.A. No.: 03-511 S |
| STR GRINNEL GP HOLDING, INC.,<br>t/a Simplex Grinnel, LP<br>100 Simplex Drive<br>Westminster, Massachusetts 01441<br><br>and<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br>1404 First Street North<br>Nampa, Idaho 83651 | : | |

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Johnston Retirement Residence Limited Partnership, to respond to the request for production of documents first served upon it on or about May 17, 2005.

The plaintiff's responses were due on or about June 17, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said request for production of documents or any other remedy provided in Fed. R. Civ. Proc. 37(d).

**GOOD FAITH CERTIFICATION**

I certify that I have, in good faith, conferred with opposing counsel in an effort to secure the material requested in the attached motion to compel response to request for production of documents without court action. See Exhibits A & B attached hereto. None of the attorneys for the plaintiff have responded to either letter.

Glen R. Whitehead, Esq., #6163

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: July 12, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership<br>One Tower Square<br>Hartford, Connecticut 06183 | : | |
| and | : | |
| JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,<br>2250 McGilchrist Street, S.E.<br>Suite 200<br>Salem, Oregon, 97302<br>*Plaintiffs* | : | |
| vs. | : | C.A. No.: 03-511 S |
| STR GRINNEL GP HOLDING, INC.,<br>t/a Simplex Grinnel, LP<br>100 Simplex Drive<br>Westminster, Massachusetts 01441 | : | |
| and | : | |
| SHILO AUTOMATIC SPRINKLER, INC.<br>1404 First Street North<br>Nampa, Idaho 83651 | : | |

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Johnston Retirement Residence Limited Partnership, to respond to the request for production of documents first served upon it on or about May 17, 2005.

The plaintiff's responses were due on or about June 17, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said request for production of documents or any other remedy provided in Fed. R. Civ. Proc. 37(d).

593565v1

**CERTIFICATION**

I hereby certify that on this 13 day of July, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

John T. Walsh, Jr., Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Robert M. Caplan, Esq.
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Karen Prendergast

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership
One Tower Square
Hartford, Connecticut 06183

and

JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,
2250 McGilchrist Street, S.E.
Suite 200
Salem, Oregon, 97302
*Plaintiffs*

vs.

C.A. No.: 03-511 S

STR GRINNEL GP HOLDING, INC.,
t/a Simplex Grinnel, LP
100 Simplex Drive
Westminster, Massachusetts 01441

and

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Johnston Retirement Residence Limited Partnership, to respond to the request for production of documents first served upon it on or about May 17, 2005.

The plaintiff's responses were due on or about June 17, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said request for production of documents or any other remedy provided in Fed. R. Civ. Proc. 37(d).