FILED
JUL 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership
Hartford, Connecticut 06183

and

JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,
2250 McGilchrist Street, S.E.
Suite 200
Salem, Oregon, 97302
*Plaintiffs*

vs. C.A. No.: 03-511 S

STR GRINNEL GP HOLDING, INC.,
t/a Simplex Grinnel, LP
100 Simplex Drive
Westminster, Massachusetts 01441

and

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Travelers Indemnity Company of Illinois, to respond to the interrogatories first served upon it on or about May 11, 2005.

The plaintiff's responses were due on or about June 11, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said interrogatories or any other remedy provided in Fed. R. Civ. Proc. 37(d).

## GOOD FAITH CERTIFICATION

I certify that I have, in good faith, conferred with opposing counsel in an effort to secure the material requested in the attached motion to compel answers to interrogatories without court action, and have received no reply from the plaintiff. See Exhibits A & B attached hereto. None of the attorneys for the plaintiff have responded to either letter.

Glen R. Whitehead, Esq., #6163

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: July 12, 2005

**CERTIFICATION**

I hereby certify that on this 13 day of July, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

John T. Walsh, Jr., Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Robert M. Caplan, Esq.
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Karen Prendergast



593566v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
Direct Dial: 401-621-4650
mnugent@morrisonmahoney.com

Glen R. Whitehead

121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

June 17, 2005

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, RI 02903

Robert M. Caplan, Esq.
1900 Market Street 3rd Floor
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Miles Jellinek, Esq.
The Atrium, 5th Fl.
1900 Market St.
Philadelphia, PA 19103

| | | |
|---|---|---|
| Re: | Case Name: | Travelers Indemnity Co. of Illinois v. Shilo Automatic Sprinkler, Inc., et al |
| | USDC-RI C.A. No.: | 03-511 S |
| | Our File No.: | 10 011 951 |

Dear Counselors:

As you know, on May 11, 2005, we propounded interrogatories to Travelers Indemnity Company of Illinois (Travelers). Additionally, on May 17, 2005, we propounded a request for production of documents to Travelers. Under the applicable court rules, the time for responding to those discovery requests has now elapsed, and we have not yet received your client's responses. Please contact us upon receipt of this correspondence and advise as to when we can expect to receive your client Traveler's discovery responses.

We look forward to hearing from you soon and thank you for your attention to and anticipated cooperation in this matter.

Very truly yours,

Mark T. Nugent
Glen R. Whitehead

MTN/GRW/kp

592105v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
Direct Dial: 401-621-4650
mnugent@morrisonmahoney.com

Glen R. Whitehead

121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON


July 5, 2005

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, RI 02903

Robert M. Caplan, Esq.
1900 Market Street 3rd Floor
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Miles Jellinek, Esq.
The Atrium, 5th Fl.
1900 Market St.
Philadelphia, PA 19103

| | | |
|---|---|---|
| Re: Case Name: | Travelers Indemnity Co. of Illinois v. Shilo Automatic Sprinkler, Inc., et al |
| USDC-RI C.A. No.: | 03-511 S |
| Our File No.: | 10 011 951 |

Dear Counselors:

As you know, on May 11, 2005, we propounded interrogatories to Travelers Indemnity Company of Illinois (Travelers). Additionally, on May 17, 2005, we propounded a request for production of documents to Travelers. Under the applicable court rules, the time for responding to those discovery requests has now elapsed, and we have not yet received your client's responses. We wrote to you on June 17, 2005 regarding the outstanding discovery from your client, and have not received a response to date. Please contact attorney Glen Whitehead of this office upon receipt of this correspondence and advise as to when we can expect Traveler's discovery responses to our requests..

Thank you for your attention to and anticipated cooperation in this matter.

Very truly yours,

Mark T. Nugent
Glen R. Whitehead

MTN/GRW/kp

599982v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Mark T. Nugent, Partner
Direct Dial: 401-621-4650
mnugent@morrisonmahoney.com

Glen R. Whitehead

121 South Main Street, Suite 600
Providence, Rhode Island 02903-7141
401-331-4660
FACSIMILE: 401-351-4420

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

June 17, 2005

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
8th Floor
Providence, RI 02903

Robert M. Caplan, Esq.
1900 Market Street 3rd Floor
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Miles Jellinek, Esq.
The Atrium, 5th Fl.
1900 Market St.
Philadelphia, PA 19103

| | | |
|---|---|---|
| Re: | Case Name: | Travelers Indemnity Co. of Illinois v. Shilo Automatic Sprinkler, Inc., et al |
| | USDC-RI C.A. No.: | 03-511 S |
| | Our File No.: | 10 011 951 |

Dear Counselors:

As you know, on May 11, 2005, we propounded interrogatories to Travelers Indemnity Company of Illinois (Travelers). Additionally, on May 17, 2005, we propounded a request for production of documents to Travelers. Under the applicable court rules, the time for responding to those discovery requests has now elapsed, and we have not yet received your client's responses. Please contact us upon receipt of this correspondence and advise as to when we can expect to receive your client Traveler's discovery responses.

We look forward to hearing from you soon and thank you for your attention to and anticipated cooperation in this matter.

Very truly yours,

Mark T. Nugent
Glen R. Whitehead

MTN/GRW/kp

592105v1