UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership, One Tower Square
Hartford, Connecticut 06183

And

JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,
2250 McGilchrist Street, S.E.
Suite 200
Salem, Oregon, 97302
*Plaintiffs*

vs.

C.A. No.: 03-511 S

STR GRINNEL GP HOLDING, INC.,
t/a Simplex Grinnel, LP
100 Simplex Drive
Westminster, Massachusetts 01441

and

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the defendant, Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Travelers Indemnity Company of Illinois, to respond to the request for production of documents first served upon it on or about May 17, 2005.

The plaintiff's responses were due on or about June 17, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said request for production of documents or any other remedy provided in Fed. R. Civ. Proc. 37(d).

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

[signature]

**Deputy Clerk**
**Date:** 7/25/05

593564v1