UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership<br>Hartford, Connecticut 06183<br><br>and<br><br>JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,<br>2250 McGilchrist Street, S.E.<br>Suite 200<br>Salem, Oregon, 97302<br>*Plaintiffs* | : | |
| vs. | : | C.A. No.: 03-511 S |
| STR GRINNEL GP HOLDING, INC.,<br>t/a Simplex Grinnel, LP<br>100 Simplex Drive<br>Westminster, Massachusetts 01441<br><br>and<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br>1404 First Street North<br>Nampa, Idaho 83651 | : | |

**DEFENDANT SHILO AUTOMATIC SPRINKLER, INC.' S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes Shilo Automatic Sprinkler, Inc., and moves this court to compel the plaintiff, Travelers Indemnity Company of Illinois, to respond to the interrogatories first served upon it on or about May 11, 2005.

The plaintiff's responses were due on or about June 11, 2005

WHEREFORE, defendant, Shilo Automatic Sprinkler, Inc. respectfully requests an order compelling the plaintiff to respond to said interrogatories or any other remedy provided in Fed. R. Civ. Proc. 37(d).