**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP AND JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br><br>Plaintiffs<br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant. | CIVIL CASE NO: 03 511 S |

## PLAINTIFFS' MOTION TO HOLD THE TOWN OF JOHNSTON IN CONTEMPT

Plaintiffs, Travelers Indemnity Company of Illinois a/s/o Johnston Retirement Residence Limited Partnership and Johnston Retirement Residence Limited Partnership, move this Court for an order holding the Town of Johnston in contempt for disobedience of this Court's Order dated December 20, 2004, which required the Town to produce the documents requested in plaintiffs' subpoena served upon the Town on March 15, 2004. In support thereof, plaintiffs aver the following:

1. On March 15, 2004, plaintiffs served a subpoena on the Town of Johnston through its Mayor, William R. Macera. A true and correct copy of the subpoena is attached as Exhibit "A".

2. After numerous failures on the part of the Town, through its attorney Louis DiSimone, to produce the requested documents, plaintiffs filed their Motion to Enforce Subpoena on or about November 17, 2004 (Document No. 39).

3. A hearing was held on the Motion on December 20, 2004, on which date Magistrate Judge Almond issued the Memorandum and Order attached hereto as Exhibit "B".

4. A copy of the Court's Order of December 20, 2004 was served upon the Town on December 24, 2004 by plaintiffs' counsel. A true and correct copy of the proof of said service is attached as Exhibit "C".

5. The Town has deliberately and intentionally disobeyed the Court's Order of December 20, 2004 by failing to produce any documents to plaintiffs' counsel since service of the Order upon the Town.

WHEREFORE, plaintiffs request:

1. That this Court issue an Order to Show Cause requiring the Town of Johnston to appear and show cause, if any, why it should not be held in contempt for the refusal to produce the documents required by this Court's prior Order.

2. That, after hearing, the Court find the Town of Johnston in Contempt of Court and fine the Town, until such time as it produces the documents required by this Court's prior Order.

3. That this Court award plaintiffs the costs and expenses, including reasonable attorney's fees, of the costs of plaintiffs' initial Motion as well as this Motion.

4. That this Court grant plaintiffs any and all other relief that the Court deems just and proper.

Respectfully submitted,

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY: ______________________________

Marco Uriati, Esquire
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000
Fax: 401-521-1328

COZEN O'CONNOR

BY: ______________________________

Miles A. Jellinek, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel.: 215-665-2038
Fax: 215-701-2038

LAW OFFICE OF THOMAS M. NIARCHOS
Steven B. Stein, Esquire
100 Summer Street, Suite 201
Boston, MA 02110-2106

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF MAILING**

I, Karen A. Galvez, hereby state that on this 2nd day of August, 2005, I served a copy of the foregoing Motion, via U.S. mail, postage prepaid to following counsel of record:

John T. Walsh, Jr., Esquire
Higgins, Cavanaugh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903

Mark T. Nugent, Esquire
Glen Whitehead, Esquire
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02930

Kathleen D. Leslie, Esquire
Michael Bouyea, Esquire
Whitney & Bogris
401 Washington, Ave, 12th floor
Townson, MD 21204

Town Clerk
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Louis DeSimone, Esq.
Town Solicitor
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Karen A. Galvez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP AND JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br><br>Plaintiffs<br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant. | CIVIL CASE NO: 03 511 S |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFFS' MOTION TO HOLD THE TOWN OF JOHNSTON IN CONTEMPT**

Federal Rule of Civil Procedure 45(e) provides, in pertinent part:

> "Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued..."

Although the contempt sanction may not be available without a court order compelling compliance with the subpoena (See, Cruz v. Meachum, 159 F.R.D. 366 (D. Conn. 1994)), in this case such a court order exists. In its Memorandum and Order of December 20, 2004, this Court ordered the Town of Johnston to respond to plaintiffs' subpoena of March 15, 2004 and produce the requested documents to plaintiffs' counsel on or before January 10, 2005.

As it ignored plaintiffs' subpoena for many months during 2004, the Town of Johnston has now ignored this Court's Order for many months during 2005. Thus, sanctions against the Town are wholly appropriate. Plaintiffs therefore request:

1. That this Court issue an Order to Show Cause requiring the Town of Johnston to appear and show cause, if any, why it should not be held in contempt for the refusal to produce the documents required by this Court's prior Order.

2. That, after hearing, the Court find the Town of Johnston in Contempt of Court and fine the Town, until such time as it produces the documents required by this Court's prior Order.

3. That this Court award plaintiffs the costs and expenses, including reasonable attorney's fees of the costs of plaintiffs' Initial Motion as well as this Motion.

4. That this Court grant plaintiffs any and all other relief that the Court deems just and proper.

Respectfully submitted,

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY: ______________________________
Marco Uriati, Esquire
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000; Fax: 401-521-1328

COZEN O'CONNOR

BY: ______________________________
Miles A. Jellinek, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel.: 215-665-2038; Fax: 215-701-2038

LAW OFFICE OF THOMAS M. NIARCHOS
Steven B. Stein, Esquire
100 Summer Street, Suite 201
Boston, MA 02110-2106

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF MAILING**

I, Karen A. Galvez, hereby state that on this 2nd day of August, 2005, I served a copy of the foregoing Motion, via U.S. mail, postage prepaid to following counsel of record:

John T. Walsh, Jr., Esquire
Higgins, Cavanaugh & Cooney
123 Dyer Street, 4th Floor
Providence, RI 02903

Mark T. Nugent, Esquire
Glen Whitehead, Esquire
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02930

Kathleen D. Leslie, Esquire
Michael Bouyea, Esquire
Whitney & Bogris
401 Washington, Ave, 12th floor
Townson, MD 21204

Town Clerk
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Louis DeSimone, Esq.
Town Solicitor
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Karen A. Galvez
Karen A. Galvez

**United States District Court**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF ILLINOIS, a/s/o HOLIDAY RETIREMENT CORPORATION** <br> **Plaintiff** <br> **vs.** <br> **STR GRINNELL GP HOLDING, INC. t/a SIMPLEX GRINNELL, LP and SHILO AUTOMATIC SPRINKLER, INC. And PATRICIA CARLTON** <br> **Defendants** | **SUBPOENA IN A CIVIL ACTION** <br><br> **CV - 03 511 S** |

**TO: Louis DeSimone, Esquire**
**Johnston Town Hall**
**1385 Hartford Street**
**Johnston, RI 02919**

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: | DATE AND TIME: |
|---|---|

YOU ARE COMMANDED to produce and permit inspection and copying of your entire file on the Pocasset Lodge, 12 Old Pocasset Lane, Johnston, Rhode Island from 1989 through the present including but not limited to the items requested in Schedule "A" attached at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
| Adam C. Robitaille, Esquire, Roberts, Carroll, Feldstein & Peirce, Ten Weybosset Street, 8th Floor, Providence, Rhode Island | Friday, March 26, 2004 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 3/8/04 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER <br> ROBERT M. CAPLAN, ESQUIRE <br> Cozen and O'Connor <br> 1900 Market Street, 3RD Floor <br> Philadelphia, PA 19103 <br> 215-665-4191 | |

**SO ORDERED:**

U.S.D.C.

11/05/04 FRI 18:08 FAX 40152??328 003

$12.00 #1881

## PROOF OF SERVICE

| | DATE | PLACE | |
|---|---|---|---|
| SERVED | 3/15/04 | 1385 Hartford Ave. Johnston | |
| SERVED ON (PRINT NAME) William R. Macera, Mayor | | | MANNER OF SERVICE Mayor accepted service on Behalf of The Town |
| SERVED BY (PRINT NAME) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | | | TITLE of Johnston |

## DECLARATION OF SERVER

I declare under penalty of perjury under the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

DATE 3/15/04

SIGNATURE OF SERVER [signature]

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

ADDRESS OF SERVER

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, et al. | : | |
| v. | : | C.A. No. 03-511-S |
| STR GRINNELL GP HOLDING, INC., et al. | : | |

**MEMORANDUM AND ORDER**

Before this Court is Plaintiffs' Motion to Enforce Subpoena (Document No. 39) directed to a non-party to this action, the Town of Johnston (the "Town"). This Motion has been referred to me for determination. 28 U.S.C. 636(b)(1)(A); Local Rule 32(c). A hearing was held on December 20, 2004 and the Court has reviewed the Memorandum and Exhibits submitted by Plaintiffs in support of their Motion. For the reasons discussed below, Plaintiffs' Motion to Enforce Subpoena is GRANTED.

On March 15, 2004, the Town, through its Mayor William R. Macera, accepted service of a subpoena from Plaintiffs' counsel seeking certain documents related to the Pocasset Lodge located in the Town. Plaintiffs' counsel has represented that he was in contact with Louis DeSimone, one of the Town's attorneys, who had agreed to produce the documents requested in the subpoena. Despite follow-up letters from Plaintiffs' counsel to Mr. DeSimone in both April and August of 2004, Plaintiffs indicate that they have not yet received the subpoenaed documents from the Town.

Plaintiffs certify that a copy of their Motion was served on the Town via U.S. mail. In addition, this Court served a copy of the hearing notice on the Town via facsimile. Despite this

45

notice, neither Mr. DeSimone nor any other representative of the Town appeared at the December 20, 2004 hearing. In addition, the docket reflects that the Town has never filed a Motion to Quash the subpoena or otherwise has objected to the production of the requested documents.

At this point, the Town's response to Plaintiffs' subpoena is long overdue and its failure to produce the requested documents has the potential of delaying the timely resolution of this litigation. Thus, this Court GRANTS Plaintiffs' Motion to Enforce the Subpoena (Document No. 39) and ORDERS that the Town produce the requested documents to Plaintiffs' counsel on or before January 10, 2004. Plaintiffs shall promptly serve a copy of this Order on the Town.

SO ORDERED.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
December 20, 2004

BY ORDER:

Deputy Clerk

# ROBERTS, CARROLL, FELDSTEIN & PEIRCE

INCORPORATED

ATTORNEYS AT LAW
Ten Weybosset Street
Providence, Rhode Island
02903-2808
Telephone 401-521-7000
Telecopier 401-521-1328

Westerly, Rhode Island
Telephone 401-596-3851

DENNIS J. ROBERTS
(1903-1994)

DAVID W. CARROLL
EDWARD D. FELDSTEIN
RICHARD M. PEIRCE*
R. KELLY SHERIDAN
ROBERT P. LANDAU*
DENNIS E. CARLEY
R. JEFFREY KNISLEY
EDWARD C. AVILA*
MARCO P. URIATI
JAMES A. MUSGRAVE*
JASON C. PRECIPHS*
JAMES H. KAPLAN*
JOHN B. MORETTA*

Of Counsel
MARTIN M. TEMKIN*

*
ALSO ADMITTED IN
MASSACHUSETTS

December 23, 2004

Town Clerk
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919

Louis DeiSimone, Esq.
Town Solicitor
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919

Enclose please find the Memorandum and Order of U.S. Magistrate Judge Lincoln Almond granting plaintiffs' Motion to Enforce Subpoena in the above entitled action.

If you have any questions, please do not hesitate to call me.

Sincerely,

Marco P. Uriati
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

MPU/mk
cc: Robert M. Caplan, Esq.

DEC 2 3

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, et al. | : | |
| v. | : | C.A. No. 03-511-S |
| STR GRINNELL GP HOLDING, INC., et al. | : | |

**MEMORANDUM AND ORDER**

Before this Court is Plaintiffs' Motion to Enforce Subpoena (Document No. 39) directed to a non-party to this action, the Town of Johnston (the "Town"). This Motion has been referred to me for determination. 28 U.S.C. 636(b)(1)(A); Local Rule 32(c). A hearing was held on December 20, 2004 and the Court has reviewed the Memorandum and Exhibits submitted by Plaintiffs in support of their Motion. For the reasons discussed below, Plaintiffs' Motion to Enforce Subpoena is GRANTED.

On March 15, 2004, the Town, through its Mayor William R. Macera, accepted service of a subpoena from Plaintiffs' counsel seeking certain documents related to the Pocasset Lodge located in the Town. Plaintiffs' counsel has represented that he was in contact with Louis DeSimone, one of the Town's attorneys, who had agreed to produce the documents requested in the subpoena. Despite follow-up letters from Plaintiffs' counsel to Mr. DeSimone in both April and August of 2004, Plaintiffs indicate that they have not yet received the subpoenaed documents from the Town.

Plaintiffs certify that a copy of their Motion was served on the Town via U.S. mail. In addition, this Court served a copy of the hearing notice on the Town via facsimile. Despite this

45

notice, neither Mr. DeSimone nor any other representative of the Town appeared at the December 20, 2004 hearing. In addition, the docket reflects that the Town has never filed a Motion to Quash the subpoena or otherwise has objected to the production of the requested documents.

At this point, the Town's response to Plaintiffs' subpoena is long overdue and its failure to produce the requested documents has the potential of delaying the timely resolution of this litigation. Thus, this Court GRANTS Plaintiffs' Motion to Enforce the Subpoena (Document No. 39) and ORDERS that the Town produce the requested documents to Plaintiffs' counsel on or before January 10, 2004. Plaintiffs shall promptly serve a copy of this Order on the Town.

SO ORDERED.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
December 20, 2004

BY ORDER:

Deputy Clerk

USC 2 3

1:03-cv-00511

Marco P. Uriati, Esq. jt
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street
8th Floor
Providence, RI 02903

-----------------------------

-----------------------------

2. Article Number

7106 4575 1292 5393 2681

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

Louis DeSimone, Esq.
Town Solicitor
Town of Johnston
1385 Hartford Avenue
Johnston, RI 02919

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery 12/24

C. Signature

X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, June 2000 Domestic Return Receipt

---

2. Article Number

7[illegible] 575 1292 5393 2674

3. [illegible] CERTIFIED MAIL

4. [illegible] Delivery? (Extra Fee) ☐ Yes

1. [illegible]dressed to:

[illegible] Clerk
[illegible]own of Johnston
1385 Hartford Avenue
Johnston, RI 02919

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery 12/24

C. Signature

X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, June 2000 Domestic Return Receipt