UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP AND JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP :

v. : C.A. No. 03-511S

SHILO AUTOMATIC SPRINKLER, INC. :

**ORDER TO SHOW CAUSE**

Plaintiffs having represented to the Court that the Town of Johnston (the "Town") has failed to comply with the Court's Order of December 20, 2004, that the Town provide Plaintiffs on or before January 10, 2005, those documents requested in the document subpoena served on the Town by Plaintiffs on March 15, 2004, an authorized representative of the Town is hereby ORDERED to appear before this Court in Courtroom A, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island, on the 12th day of September, 2005, at 10:00 A.M. to show cause why the Town should not be held in contempt for its failure to comply with this Court's Order of December 20, 2004.

BY ORDER:

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 22, 2005