**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP and JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br><br>Plaintiffs<br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant | CIVIL CASE NO: 03 511 S |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs, Travelers Indemnity Company of Illinois as subrogee of Johnston Retirement Residence Limited Partnership and Johnston Retirement Residence Limited Partnership hereby move that Steven K. Gerber be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex areas of the law, in which pro hac vice counsel specializes: <u>fire origin and causation, fire spread, fire protection systems and fire protection engineering</u>.

- Pro hac vice counsel's long-standing representation of the client: <u>This is a subrogation action on behalf of Travelers Indemnity Company. Plaintiff's counsel's firm has represented Travelers for many years in complex property damage cases throughout the United States.</u>

DATED:

Plaintiffs

By: ______________________

Marco F. Urbati
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street – 8th Floor
Providence, RI 02903
401-521-7000
401-521-1328 fax
Attorneys for Plaintiffs

**CERTIFICATION**

I hereby certify that a copy of the within was mailed/hand-delivered to:

Mark T. Nugent, Esquire
Glen R. Whitehead, Esquire
MORRISON, MAHONEY & MILLER, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

On this 25th day of August, 2005.

Karen A. Galvez
______________________

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey and the following federal district court bars: Eastern District of Pennsylvania, Middle District of Pennsylvania and District of New Jersey, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Steven K. Gerber, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2088
Fax: 215-665-2013

Marco P. Uriati, Esq.
R. I. Bar ID #
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street – 8th Floor
Providence, RI 02903
401-521-7000
Fax: 401-521-1328

**ORDER:** This Motion is hereby _______________________.

______________________________
U.S. District Judge

Date: __________________________