SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of Johnston Retirement Residence Limited Partnership
Hartford, Connecticut 06183

and

JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP,
2250 McGilchrist Street, S.E.
Suite 200
Salem, Oregon, 97302
*Plaintiffs*

vs. C.A. No.: 03-511 S

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651
*Defendant*

**JOINT MOTION TO AMEND THE PRETRIAL ORDER**

The parties jointly request that this Honorable Court amend the Pretrial Order to extend the deadline for pre-trial discovery and dispositive motions as well as expert discovery disclosures.

As grounds therefore, the parties state:

1. On or about March 28, 2005 Magistrate Almond conditionally granted plaintiffs' motion to amend the complaint to substitute a new subrogor, namely, Johnston Retirement Residence Limited Partnership.
2. On or about April 6, 2005 plaintiffs filed their amended complaint.
3. The substitution and addition of Johnston Retirement Residence Limited Partnership adds a new party to the case and new substantive legal issues which

will have required defendant to conduct additional discovery upon the new plaintiffs.

4. On July 17, 2005, the Court essentially adopted the Report and Recommendation of the Magistrate granting Grinnell's motion for summary judgment against the former plaintiffs and denying Shilo's motion for summary judgment as moot.
5. On August 22, 2005, the Court amended its memorandum and order, and noted that Shilo has a right to file a motion for summary judgment against the new parties.
6. On or about August 15, 2005, Shilo received responses to its written discovery requests from the plaintiffs, and counsel anticipates that it will need additional time to analyze those documents and determine, what if any, additional information will be needed.
7. Counsel for all parties agree that several depositions of witnesses need to be taken prior to any hearing on a motion for summary judgment.
8. All of the parties and most of the anticipated witnesses reside in the western region of the United States (Oregon, Washington, Idaho, and California).
9. It is anticipated by the parties that several out of state depositions will be needed of witnesses, and, due in large part to geography and schedules, will take place over the course of the next several months.

Wherefore, the parties respectfully request that the deadlines for completing initial fact discovery and dispositive motions be extended to February 1, 2006, and that the Plaintiffs have until March 3, 2006 to file their opposition, and defendants shall have five (5) days (March 14,

2006) to file their reply. All factual discovery will close **six months** after a decision on any dispositive motion filed.

Plaintiffs shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) **three months** after a decision on any dispositive motion. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) **thirty (30) days** after plaintiffs' expert witness disclosures are filed.

TRAVELERS INDEMNITY COMPANY
OF ILLINOIS As Subrogee of Johnston
Retirement Residence Limited Partnership
and

Johnston Retirement Residence Limited
Partnership

By their Attorneys,

ROBERTS, CARROLL, FELDSTEIN &
PEIRCE,

Marco R. Urbati
10 Weybosset Street
8th Floor
Providence, RI 02903
Tel: (401) 521-7000
Fax: (401) 521-1328

SHILO AUTOMATIC SPRINKLER, INC.
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 25 day of August, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Robert M. Caplan, Esq.
1900 Market St.
3rd Fl.
Philadelphia, PA 19103