PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COZEN O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET PHILADELPHIA, PA 19103-3508 215.665.2000 800.523 2900 215.665.2013 FAX www.cozen.com

**Miles A. Jellinek**
Direct Phone 215.665.2038
Direct Fax 215.701.2038
mjellinek@cozen.com

9/9/05: GRANTED. PLAINTIFFS SHALL ADVISE THE COURT BY 9/16/05 AS TO WHETHER THEY WILL CONTINUE TO PRESS THE CONTEMPT MOTION.
USMJ

September 9, 2005

**VIA FACSIMILE**

Magistrate Judge Lincoln Almond
United States District Court for the District of
Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Travelers Indemnity Company of Illinois, et al.
v. Shilo Automatic Sprinkler, Inc., C.A. No. C3-511S
Our File No.: 141944

Dear Judge Almond:

We are co-counsel for plaintiffs in the above matter. By Order of August 22, 2005, Your Honor has scheduled a hearing on September 12, 2005 at 10:00 a.m. for plaintiffs' Motion to Hold the Town of Johnston in Contempt.

Counsel for defendant has represented that documents from the Town have been served upon him in response to a separate subpoena. We have yet to receive copies of these documents from counsel for defendant. In view of this, we would request that the September 12, 2005 hearing be adjourned until plaintiffs have an opportunity to examine the documents to determine whether they are responsive to plaintiffs' original subpoena served on the Town.