**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, as subrogee of JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP and JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP | : | CIVIL CASE NO: 03 511 S |
| Plaintiffs | : | |
| v. | : | |
| SHILO AUTOMATIC SPRINKLER, INC. | : | |
| Defendant | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF ROBERT M. CAPLAN, ESQUIRE**
**AS CO-COUNSEL FOR PLAINTIFFS**

Robert M. Caplan, *pro hac* vice attorney for Plaintiffs, Travelers Indemnity Company of Illinois as subrogee of Johnston Retirement Residence Limited Partnership and Johnston Retirement Residence Limited Partnership, hereby withdraws his appearance in the above-captioned matter stating as follows:

1. Robert M. Caplan was admitted in this matter *pro hac vice,* and has associated with Marco P. Uriati, of Roberts, Carroll, Feldstein & Peirce in the representation of plaintiffs.

2. Mr. Uriati will remain as counsel for plaintiffs in this matter, together with Miles A. Jellinek, who was previously admitted in this matter *pro hac vice.*

3. No trial date has been set in this matter.

4. A copy of this notice has been served on all parties in this matter.

WHEREFORE, Robert M. Caplan respectfully requests that the court permit his withdrawal in the above-captioned matter.

Robert M. Caplan, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-4191
215-701-2491
*Pro Hac Vice* Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2005, a copy of the foregoing Notice of Withdrawal of Counsel for Plaintiffs was mailed to:

Mark T. Nugent, Esquire
Glen R. Whitehead, Esquire
MORRISON, MAHONEY & MILLER, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903
Attorneys for defendant, Shilo Automatic Sprinkler, Inc.

Steven B. Stein, Esquire
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110-2106

Miles A. Jellinek, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Attorneys for plaintiffs

Marco P. Uriati, Esquire