***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# *NOTICE*

***TRAVELERS INDEMNITY COMPANY OF ILLINOIS, et al.***

***v.*** ***CA03-511S***

***SHILO AUTOMATIC SPRINKLER, INC.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:*** ***SHOW CAUSE HEARING***

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 28, 2005***

***TIME:*** ***11:00 A.M.***

*David A. DiMarzio, Clerk of Court*

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: September 16, 2005

**NOTICE SENT TO:** **CAPLAN, GERBER, JELLINEK, KELLEHER, NUGENT, ROBITAILLE, STEIN, SULLIVAN, URIATI, WHITEHEAD, TOWN CLERK, DESIMONE**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.