SEP 1 4 2005
3941-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br>One Tower Square<br>Hartford, CT 06183-1190, et al<br><br>Plaintiff,<br><br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br>1404 First Street North<br>Nampa, Idaho 83651<br><br>Defendant. | CIVIL ACTION<br>NO.: 03-511 S |

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFF'S ASSENTED TO MOTION TO AMEND THE COMPLAINT**

Now comes the plaintiff pursuant to Fed. R. Civ. P. 15(a) who moves to amend the complaint to reflect a name change for the plaintiff insurance company, correct an error in paragraph 13, to delete reference to defendant, STR Grinnell GP Holding, Inc. t/a Simplex Grinnell LP who has been granted Summary Judgment, and to change the amount of the alleged damages in paragraphs 21 and 22 and the ad damnum paragraphs of the complaint.

WHEREFORE, the plaintiff respectfully requests that the Court allow the plaintiff to amend the Complaint for the reasons stated above. The proposed second amended Complaint is enclosed.

Respectfully submitted,
ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY: ______________________
MARCO URIATI
Ten Weybosset Street – 8th Floor
Providence, RI 02903
(401) 521-7000
Fax (401) 521-1328

ATTORNEYS FOR PLAINTIFFS

Dated: 9-14-05

LAW OFFICE OF THOMAS M. NIARCHOS
Steven B. Stein, Esquire
100 Summer Street, Suite 201
Boston, MA 02110-2106

COZEN O'CONNOR
Miles A. Jellinek, Esquire
1900 Market Street
Third Floor
Philadelphia, PA 19103

Assented to:
Attorney for the Defendant,
Shilo Automatic Sprinkler, Inc.

______________________
Mark T. Nugent, #2637
Glen R. Whitehead, #6163
Morrison, Mahoney & Miller, LLP
One Providence Washington Plaza, 6th Floor
Providence, RI 02903
(401) 331-4660

Granted
WMM
USDJ
9/19/05