**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA03-511S** **DATE: September 28, 2005**

**TITLE:** Travelers Indemnity Company of Illinois, et al. v. Shilo Automatic Sprinkler, Inc.

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jason Presith, Esq.
Glen Whitehead, Esq.

**PROCEEDING:** Show Cause Hearing - Motion to hold Town of Johnston in Contempt - #94

Town Solicitor not present.
Plaintiff addresses Court.
Schedule A attachment missing.
Attachment to be produced to Court.
Court takes under advisement.
Telephone conference to be scheduled ASAP with Town Solicitor and Counsel.