UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP One Tower Square Hartford, Connecticut 06183 et al., et al. | |
| | C.A. No.: 03-511 S |
| vs. | |
| SHILO AUTOMATIC SPRINKLER, INC. 1404 First Street North Nampa, Idaho 83651 | |

## RE-NOTICE OF DEPOSITION

**DEPONENT:** **GARRET H. BERNDT**
**DATE:** **December 16, 2005**
**TIME:** **10:30 a.m.**

PLEASE TAKE NOTICE that the defendant will take the testimony on oral examination of the above-named individual at the time set forth above before a Notary Public of the State of Oregon and thereafter from day to day as the taking of the deposition may be adjourned at the office of **COSGRAVE VERGEER KESTER LLP, 805 SW BROADWAY 8TH FLOOR, PORTLAND, OREGON 97205** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

***Please disregard prior notice for Nov. 18th***

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 7 day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Steven Gerber, Esq.
Cozen O'Connor
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Karen Prendergast



601104v1