UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY OF ILLINOIS, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP One Tower Square Hartford, Connecticut 06183 et al., et al.

C.A. No.: 03-511 S

vs.

SHILO AUTOMATIC SPRINKLER, INC.
1404 First Street North
Nampa, Idaho 83651

**NOTICE OF DEPOSITION**

**DEPONENT:** **Holiday Retirement Corporation 30(b)(6)**
**DATE:** **December 15, 2005**
**TIME:** **10:30 a.m.**

PLEASE TAKE NOTICE that the defendant will take the testimony on oral examination of the most knowledgeable person of Holiday Retirement Corporation, in the areas delineated in Schedule A attached hereto. The deponent is requested to produce documents responsive to Schedule B attached hereto. The deposition will occur at the time set forth above before a Notary Public of the State of Oregon and thereafter from day to day as the taking of the deposition may be adjourned at the office of **COSGRAVE VERGEER KESTER LLP, 805 SW BROADWAY 8TH FLOOR, PORTLAND, OREGON 97205** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 18 day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Steven Gerber, Esq.
Cozen O'Connor
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Karen Prendergast

**SCHEDULE A**

1. Any and all contracts between Holiday Retirement Corporation and Johnston Retirement Residence Limited Partnership for management of The Pocasset Lodge, 12 Old Pocasset Lane, Johnston, Rhode Island 02919.

2. Any and all subcontract agreement(s) for management at the Pocasset Lodge between Holiday Retirement Corporation and XL Management.

3. The fire that occurred on or about November 10, 2002 at The Pocasset Lodge, 12 Old Pocasset Lane, Johnston, RI 02919, and the resulting damage.

4. Any claim for insurance benefits made by Holiday Retirement Corporation as a result of the fire that occurred at the Pocasset Lodge, 12 Old Pocasset Lane, Johnston, RI 02919.

5. All insurance proceeds received as a result of the fire that occurred on November 10, 2002, at the Pocasset Lodge, 12 Old Pocasset Lane, Johnston, RI 02919.

6. Communications to and from Johnston Retirement Residence Limited Partnership or any of its authorized agents regarding the fire loss that occurred on or about November 10, 2002, at the property at 12 Old Pocasset Lane, Johnston, RI 02919.

7. The business relationship between Holiday Retirement Corporation, Colson & Colson Construction, Curry Brandaw Architects, and Johnston Retirement Residence Limited Partnership.

8. Holiday Retirement Corporation's policy of insurance on the property at 12 Old Pocasset Lane, Johnston, Rhode Island, and the status of Johnston Retirement Residence Limited Partnership on any such policy at the time of the fire that occurred on November 10, 2002.

**SCHEDULE B**

Deponent is required to bring the following documents for inspection and copying at the deposition:

Request No. 1. True and accurate copy(ies) of any and all Management Agreement(s) between Johnston Retirement Residence Limited Partnership and Holiday Retirement Corporation relating to the premises at 12 Old Pocasset Lane, Johnston, Rhode Island.

Request No. 2. Any and all documents relating to Holiday Retirement Corporation's partnership interest in Johnston Retirement Residence Limited Partnership.

Request No. 3. Any and all documents evidencing any communication, agreement, or any other matter between Holiday Retirement Corporation and Johnston Retirement Residence Limited Partnership relating to the development or improvement of the real property located at 12 Old Pocasset Lane, Johnston, Rhode Island for the period of time from 1988 to the present.

Request No. 4. All documents which relate or refer to any inspections, testing, maintenance, repairs, replacement, additions, or modifications made to the fire sprinkler system located at 12 Old Pocasset Lane, Johnston, Rhode Island at any time.

Request No. 5. All documents related to any policy of insurance under which any claim for damage allegedly resulting from the fire occurrence on November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island, were paid.

Request No. 6. Any written reservation of rights documents, non-waiver agreements or other memorandum, correspondence, agreement or documents which in any way asserts to limit the right of Johnston Retirement Residence Limited Partnership or Holiday Retirement Corporation under and pursuant to the terms and conditions of such insurance policy or insurance policies as a result of the fire that occurred on November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island.

Request No. 7. Any and all documents by and between Holiday Retirement Corporation and Johnston Retirement Residence Limited Partnership pertaining to the fire incident that occurred on or about November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island.

Request No. 8. All documents referring or relating in any way to any communication between Holiday Retirement Corporation and Travelers Indemnity Company of Illinois and/or Johnston Retirement Residence Limited Partnership regarding the fire that occurred on or about November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island

Request No. 9. Any and all reports, documents or citations from any local fire department or other governmental entity related to the sprinkler system or the fire that occurred on or about November 10, 2002, at 12 Old Pocasset Lane, Johnston Rhode Island.

Request No. 10. Copies of each and every settlement draft or payment receipt, and any and all other documents evidencing payment by Travelers Indemnity Company of Illinois or any other company related to the adjustment of the fire loss that occurred on or about November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island.

Request No. 11. Copies of each and every settlement draft or payment, and any and all other documents related to the adjustment of the fire loss that occurred on or about November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island, payable by Holiday Retirement Corporation to or on behalf of Johnston Retirement Residence Limited Partnership.

Request No. 12. Copies of any and all documents exchanged between Johnston Retirement Residence Limited Partnership and Travelers Indemnity Company of Illinois and/or Holiday Retirement Corporation with respect to the fire on November 10, 2002 at 12 Old Pocasset Lane, Johnston, Rhode Island, and the subsequent loss of property related thereto.