PROOF OF SERVICE

State of: Oregon
County of: Marion

Case#DISTRICT OF RI 03-511

I hereby certify that I have served the following documents upon the individual(s) and other legal entities to be served, named below, by delivering or leaving true copies of said documents mentioned forthwith, namely,
Subpoena in a Civil Case and Notice of Deposition
in the following manner:

***Personal Service Upon Individual***

Upon Garret H Berndt, by delivering such true copy to him/her, personally and in person, at 6989 Bates Rd South, Salem. OR on 11/11, 2005, at 7:08 o'clock P M.
Upon ______, by delivering such true copy to him/her, personally and in person, at ______ on ______, 200__, at ______ o'clock __M.

***Substituted Service Upon Individual (Include Relation or Title)***

Upon ______, by delivering such true copy at his/her dwelling house or usual place of abode, to wit: ______
to ______, who is a person over the age of 14 years and a member of the household of the person served on ______, 200__, at ______ o'clock __M.
Upon ______, by delivering such true copy at his/her dwelling house or usual place of abode, to wit: ______
to ______, who is a person over the age of 14 years and a member of the household of the person served on ______, 200__, at ______ o'clock __M.

***Office Service Upon Individual (Include Title of Person Served)***

Upon ______, at the office which he/she maintains for the conduct of business at address ______ by leaving such true copy with ______ the person who is apparently in charge, on ______, 200__, during normal working hours, at ______ o'clock, __M.

***Service on Corporation, Limited Partnership or Unincorporated Association Subject Under a Common Name***

Upon ______, by
(a) delivering such true copy, personally and in person, to ______ who is a/the
* ______ thereof: OR
(b) leaving such true copy with ______ person who is apparently in charge of the office of ______, who is a/the * ______, thereof,
at ______, on ______, 200__, at ______ o'clock __M.
*Specify title: eg. registered agent, officer (by title), director, general partner, managing agent, ect.

***AFFIDAVIT OF NON-SERVICE***

I attempted to make service of the above mentioned documents upon ______, but after due and diligent search and inquiry, as decribed below, I have been unable to find and/or serve the person(s) named above, at ______ therefore service was not made.
Reason for non-service ______

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party nor an officer, director or employee of, nor attorney for any party, corporate or other; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Date 11/11, 2005

Signed Diana Abraham
Print Name Diana Abraham
Address TRANSERV SYSTEMS, INC.
City 310 S.W. 4th Ave., Suite 200 Portland, OR 97204

**NOTARY**
Subscribed and sworn to before me
This 11 day of Nov, 2005
Signature [signature]
Notary Public for the State of OR
My Commision Expires 5/11/08

OFFICIAL SEAL
R G LEE ROSKE
NOTARY PUBLIC-OREGON
COMMISSION NO. 379789
MY COMMISSION EXPIRES MAY 11, 2008

TLP: 207610.00

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TRAVELERS OF ILL., ET AL
V.
SHILO AUTOMATIC SPRINKLER, ET AL

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] DISTRICT OF RI 03-511

TO: GARRET H. BERNDT
6989 BATES RD., SOUTH
SALEM, OR 97306

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| COSGRAVE VERGEER KESTER LLP, 805 SW BROADWAY 8th FL PORTLAND, OREGON 97205 | 12/16/2005 10:30 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Glen R. Whitehead Attorney for Defendant | 11/7/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

ATTORNEY GLEN R. WHITEHEAD, RI BAR REG# 6163, MORRISON MAHONEY LLP, 121 SOUTH MAIN STREET, SUITE 600, PROVIDENCE, RI 02903 (401) 331-4660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP One Tower Square Hartford, Connecticut 06183 et al., et al. | : | |
| vs. | : | C.A. No.: 03-511 S |
| SHILO AUTOMATIC SPRINKLER, INC. 1404 First Street North Nampa, Idaho 83651 | : | |

**RE-NOTICE OF DEPOSITION**

**DEPONENT:** **GARRET H. BERNDT**
**DATE:** **December 16, 2005**
**TIME:** **10:30 a.m.**

PLEASE TAKE NOTICE that the defendant will take the testimony on oral examination of the above-named individual at the time set forth above before a Notary Public of the State of Oregon and thereafter from day to day as the taking of the deposition may be adjourned at the office of **COSGRAVE VERGEER KESTER LLP, 805 SW BROADWAY 8TH FLOOR, PORTLAND, OREGON 97205** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

***Please disregard prior notice for Nov. 18th***

SHILO AUTOMATIC SPRINKLER, INC.

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Glen R. Whitehead, #6163
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 7 day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Steven Gerber, Esq.
Cozen O'Connor
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Karen Prendergast



601104v1