**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP AND JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br><br>Plaintiffs<br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant. | CIVIL CASE NO: 03 511 S |

**PLAINTIFFS' MOTION TO HOLD THE TOWN OF JOHNSTON IN CONTEMPT**

Plaintiffs, Travelers Indemnity Company of Illinois a/s/o Johnston Retirement Residence Limited Partnership and Johnston Retirement Residence Limited Partnership, move this Court for an order holding the Town of Johnston in contempt for disobedience of this Court's Order dated December 20, 2004, which required the Town to produce the documents requested in plaintiffs' subpoena served upon the Town on March 15, 2004. In support thereof, plaintiffs aver the following:

1. On March 15, 2004, plaintiffs served a subpoena on the Town of Johnston through its Mayor, William R. Macera. A true and correct copy of the subpoena is attached as Exhibit "A".

1/27/06: MOTION WITHDRAWN BY PLAINTIFFS,

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 8/17/05