IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 24 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP<br><br>Plaintiff,<br><br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant. | CIVIL ACTION<br>NO.: 03-511 S |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and among the plaintiff, Travelers Indemnity Company of Illinois a/s/o Johnston Retirement Residence Limited Partnership, and the defendant, Shilo Automatic Sprinkler, Inc., that plaintiff's claims be dismissed with prejudice, each party to bear its own costs.

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY: ______________________
MARCO URIATI
Ten Weybosset Street
8th Floor
Providence, RI 02903
(401) 521-7000

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/27/06

LAW OFFICE OF THOMAS M. NIARCHOS

BY:______________________________
STEVEN B. STEIN, ESQUIRE
100 Summer Street
Suite 201
Boston, MA 02110-2106
(617) 772-2800

COZEN O'CONNOR

BY:______________________________
STEVEN K. GERBER, ESQUIRE (PHV)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2088

ATTORNEYS FOR PLAINTIFF,
TRAVELERS INDEMNITY COMPANY
OF ILLINOIS A/S/O JOHNSTON RETIREMENT
RESIDENCE LIMITED PARTNERSHIP

MORRISON MAHONEY, LLP

BY:______________________________
Glen R. Whitehead, Esquire
Morrison Mahoney, LLP
121 South Main Street
Suite 600
Providence, RI 02903
(401) 331-4660

ATTORNEY FOR DEFENDANT,
SHILO AUTOMATIC SPRINKLER, INC.

**CERTIFICATION**

I hereby certify that on this 23 day of Feb, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Steven Gerber, Esq.
Cozen O'Connor
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

Karen Prendergast



601833v1