RECEIVED
MAR 29 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS, now known as and hereafter referred to as Travelers Property and Casualty Company of America, as subrogee of JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP and JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP, Individually<br><br>Plaintiffs,<br><br>v.<br><br>SHILO AUTOMATIC SPRINKLER, INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO.: 03-511 S |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and among the plaintiffs, Travelers Indemnity Company of Illinois, now known as and hereafter referred to as Travelers Property Casualty Company of America, a/s/o Johnston Retirement Residence Limited Partnership and Johnston Retirement Residence Limited Partnership, Individually, and the defendant, Shilo Automatic Sprinkler, Inc., that plaintiffs' claims be dismissed with prejudice, each party to bear its own costs.

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY:________________________

MARCO URIATI
Ten Weybosset Street
8th Floor
Providence, RI 02903
(401) 521-7000

LAW OFFICE OF THOMAS M. NIARCHOS

BY:______________________________
STEVEN B. STEIN, ESQUIRE
100 Summer Street
Suite 201
Boston, MA 02110-2106
(617) 772-2800

COZEN O'CONNOR

BY:______________________________
STEVEN K. GERBER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2088

Enter
WRM, USDJ
3/30/06

ATTORNEYS FOR PLAINTIFF,
TRAVELERS INDEMNITY COMPANY
OF ILLINOIS now known as and hereafter referred to as Travelers Property and Casualty Company of America, A/S/O JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP AND JOHNSTON RETIREMENT RESIDENCE LIMITED PARTNERSHIP, Individually

MORRISON MAHONEY, LLP

BY:______________________________
Glen R. Whitehead, Esquire
Morrison Mahoney, LLP
121 South Main Street
Suite 600
Providence, RI 02903
(401) 331-4660

ATTORNEY FOR DEFENDANT,
SHILO AUTOMATIC SPRINKLER, INC.

**CERTIFICATION**

I hereby certify that on this 29 day of March, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Miles A. Jellinek, Esq.
The Atrium – 5th Fl.
1900 Market St.
Philadelphia, PA 19103

Steven B. Stein, Esq.
Law Offices of Thomas Niarchos
100 Summer St.
Suite 201
Boston, MA 02110

Steven Gerber, Esq.
Cozen O'Connor
1900 Market St.
3rd Fl.
Philadelphia, PA 19103

[signature]



601833v1